1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (SBN 144074)
2  *dalekgalipo@yahoo.com*
   Marcel F. Sincich, Esq. (SBN 319508)
3  *msincich@galipolaw.com*
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Tel: (818) 347-3333
5  Fax: (818) 347-4118

6  *Attorneys for Plaintiff*

            UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

| JANET LEEDS, individually and as successor-in-interest to DECEDENT, DERREK LEEDS, | Case No. 3:25-cv-04227-LB |
|---|---|
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| vs. | |
| COUNTY OF MARIN; JORGE YAUGER; BRIAN JOHNSON; DUSTIN YEAGER; JULIET DE LA CRUZ; and DOES 1-10, inclusive, | |
| Defendants. | |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby submit their proof of service of the Summons and Complaint, and other documents on Defendant County of Marin, (attached hereto as Exhibit "A").

DATED: May 28, 2025

LAW OFFICES OF DALE K. GALIPO

By: */s / Dale K. Galipo*
Dale K. Galipo Attorney for Plaintiff

# Exhibit A

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| JANET LEEDS, individually and as successor-in-interest to DECEDENT, DERREK LEEDS,<br>*Plaintiff(s)*<br><br>v.<br><br>COUNTY OF MARIN; JORGE YAUGER; BRIAN JOHNSON; DUSTIN YEAGER; JULIET DE LA CRUZ; and DOES 1-10, inclusive<br>*Defendant(s)* | Civil Action No. 3:25-cv-04227-LB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COUNTY OF MARIN; JORGE YAUGER; BRIAN JOHNSON; DUSTIN YEAGER; and JULIET DE LA CRUZ

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
Marcel F. Sincich, Esq. (SBN 319508)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark B. Busby

Date: 5/16/2025                                *Karen Gorman*
                                                Signature of Clerk or Deputy Clerk

Civil Action No. **3:25-cv-04227-LB**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:  **COUNTY OF MARIN**
**was received by me on  May 22, 2025**

☐ I personally served the  on the individual at   on

☐ I left the  at the individual's residence or usual place of abode with    , a person of suitable age and discretion who resides there, on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION at  3501 Civic Center Drive, Suite 275 , San Rafael, CA 94903 to Linn  Walsh,  Deputy  County  Executive, who is designated by law to accept service of process on behalf of **COUNTY OF MARIN**  on  **May 22, 2025 at 12:50 PM**

☐ other *(specify):*

*My fees are $ for travel and $  for services, for a total of $ 72.00*

*I declare under penalty of perjury that this information is true.*

*Date:* **5/27/2025**

_____
*Server's signature*

**James F. Hett**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.:  / County:**
*Server's Address*

Additional information regarding attempted service, etc.:

JANET LEEDS, individually and as successor-in-interest to DECEDENT, DERREK LEEDS vs COUNTY OF MARIN; et al

A0440-2450581