**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Marcel F. Sincich, Esq. (SBN 319508)
*msincich@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET LEEDS, individually and as successor-in-interest to DECEDENT, DERREK LEEDS, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF MARIN; JORGE YAUGER; BRIAN JOHNSON; DUSTIN YEAGER; JULIET DE LA CRUZ; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 3:25-cv-04227-LB <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby submit their proof of service of the Summons and Complaint, and other documents on Defendant Dustin Yeager, (attached hereto as Exhibit "A").

DATED: May 28, 2025

LAW OFFICES OF DALE K. GALIPO

By:  /s / Dale K. Galipo

Dale K. Galipo Attorney for Plaintiff

**Exhibit A**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

|  |  |
|---|---|
| JANET LEEDS, individually and as successor-in-interest to DECEDENT, DERREK LEEDS, <br> *Plaintiff(s)* <br> v. <br> COUNTY OF MARIN; JORGE YAUGER; BRIAN JOHNSON; DUSTIN YEAGER; JULIET DE LA CRUZ; and DOES 1-10, inclusive <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:25-cv-04227 -LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COUNTY OF MARIN; JORGE YAUGER; BRIAN JOHNSON; DUSTIN YEAGER; and JULIET DE LA CRUZ

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> LAW OFFICES OF DALE K. GALIPO
> Dale K. Galipo, Esq. (SBN 144074)
> Marcel F. Sincich, Esq. (SBN 319508)
> 21800 Burbank Blvd., Suite 310
> Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B. Busby*

*Karen Gorman*   Karen Gorman

*Signature of Clerk or Deputy Clerk*

Date:    5/16/2025

Civil Action No. **3:25-cv-04227-LB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:  **DETENTION NURSE DUSTIN YEAGER**
**was received by me on  May 22, 2025**

☐ I personally served the  on the individual at   on


☐ I left the  at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on  *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the **Summons** at **3501 Civic Center Drive, Suite 275, San Rafael, CA 94903** to **Linn  Walsh, Deputy  County  Executive,** who is designated by law to accept service of process on behalf of **DETENTION NURSE DUSTIN YEAGER**  on   **May 22, 2025 at 12:50 PM.**


☐ other  *(specify):*


*My fees are $ for travel and $  for services, for a total of* **$ 72.00.**


*I declare under penalty of perjury that this information is true.*


Date: **5/27/2025**

_____
*Server's signature*


**James F. Hett**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.:  / County:**
*Server's Address*


Additional information regarding attempted service, etc.:


**In addition to the Summons, the following documents, "COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION" were also served.**


JANET LEEDS, individually and as successor-in-interest to DECEDENT, DERREK LEEDS vs COUNTY OF MARIN; et al