BRIAN E. WASHINGTON, COUNTY COUNSEL
Edward F. Sears, Deputy County Counsel (SBN 297775)
Jacy C. Dardine, Deputy County Counsel (SBN 294294)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN
3501 Civic Center Drive, Room 275
San Rafael, California 94903
Tel.: (415) 473-6117
Fax: (415) 473-3796
ned.sears@marincounty.gov
jacy.dardine@marincounty.gov

Attorneys for Defendant
COUNTY OF MARIN

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Marcel F. Sincich, Esq. (SBN 319507)
*msincich@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

Attorneys for Plaintiff
JANET LEEDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET LEEDS, individually and as successor-in-interest to DECEDENT, DERREK LEEDS;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MARIN; JORGE YAUGER; BRIAN JOHNSON; DUSTIN YEAGER; JULIET DE LA CRUZ; and DOES 1-10, inclusive;<br><br>Defendants. | Case No.: 3:25-cv-04227-LB<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>Date Filed:    May 16, 2025 |

Pursuant to Rule 6-1(a) of the Civil Local Rules for the United States District Court, Northern District of California, plaintiff Janet Leeds ("Plaintiff") and defendant County of Marin ("Defendant"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Defendant was served with Summons and Defendant's answer or motion under Rule 12 must be filed and served on or before June 12, 2025.

WHEREAS, Plaintiff and Defendant agree that the time for County of Marin and defendants Jorge Yauger, Brian Johnson, Dustin Yeager, and Juliet De La Cruz to file a responsive pleading shall be extended to and including July 14, 2025.

WHEREAS, Rule 6-1(a) of the Local Rules of the United States District Court for the Northern District of California, permits the parties to extend the time within which to answer or otherwise respond to the complaint by stipulation in writing and without a Court order provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, Plaintiff and Defendant agree that the extension of time for Defendant to file a responsive pleading will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, it is hereby stipulated by and between the undersigned counsel for Plaintiff and Defendant that the deadline for all named defendants to respond to the Complaint is extended to and including July 14, 2025.

IT IS SO STIPULATED.

Dated: June 12, 2025                    OFFICE OF THE COUNTY COUNSEL
                                        COUNTY OF MARIN


                                        /s/ Edward F. Sears
                                        Edward F. Sears
                                        Jacy C. Dardine
                                        Attorneys for Defendant
                                        COUNTY OF MARIN

Dated: June 12, 2025

LAW OFFICES OF DALE K. GALIPO

/s/ Marcel F. Sincich [1]
Dale K. Galipo
Marcel F. Sincich
Attorneys for Plaintiff
JANET LEEDS

---

[1] In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.