1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANET LEEDS,

              Plaintiff,

      v.

COUNTY OF MARIN, et al.,

              Defendants.

Case No. 25-cv-04227-JST

**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE AND ZOOM HEARING**

Re: Dkt. No. 16

      **YOU ARE NOTIFIED THAT** a Case Management Conference is set for September 9, 2025 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due by September 2, 2025.  This proceeding will be held via a Zoom webinar.

Dated: June 24, 2025

Mark B. Busby
Clerk of Court, United States District Court

By: _____
Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR