UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANET LEEDS, et al.,

Plaintiff,

v.

COUNTY OF MARIN, et al.,

Defendant.

Case No. 4:25-cv-04227-JST

**MOTION TO SUBSTITUTE LAW FIRM;** ~~**PROPOSED**~~ **ORDER**

On behalf of (party name) COUNTY OF MARIN, JORGE YAUGER, BRIAN JOHNSON, DUSTIN YEAGER AND JULIET DE LA CRUZ, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

William E. Camy, SBN 291397; Griff Ryan-Roberts, SBN 363862 - Porter Scott Attorneys

Name(s) of counsel withdrawing from representation and firm name:

Edward F. Sears; Jacy C. Dardine - Office of the County Counsel, County of Marin

Date: 2/25/2026

**[~~PROPOSED~~] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: March 3, 2026

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE