**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Zahi Omari, SBN 349752
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
zomari@porterscott.com

Attorneys for Defendants, COUNTY OF MARIN, JORGE YAUGER, BRIAN JOHNSON, DUSTIN YEAGER AND JULIET DE LA CRUZ
*Exempt from filing fee pursuant to Government Code section 6103*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JANET LEEDS, individually and as successor-in-interest to DECEDENT, DERREK LEEDS,

      Plaintiff,

vs.

COUNTY OF MARIN; JORGE YAUGER; BRIAN JOHNSON; DUSTIN YEAGER; JULIET DE LA CRUZ; and DOES 1-10, inclusive,

      Defendants.

_____ /

**Case No.: 4:25-cv-04227-JST**

**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR EXPERT DISCLOSURES, DISCOVERY, AND DISPOSITIVE MOTIONS**

Compl. Filed: 5/16/2025
Trial Date: 3/1/2027

Plaintiffs JANET LEEDS, individually and as successor-in-interest to DECEDENT DERREK LEEDS ("Plaintiffs") and Defendants COUNTY OF MARIN, JORGE YAUGER, BRIAN JOHNSON, DUSTIN YEAGER, AND JULIET DE LA CRUZ (collectively "Defendants") (Plaintiffs and Defendants collectively referred to as "Parties") hereby stipulate as follows:

---

1

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR EXPERT DISCLOSURES, DISCOVERY, AND DISPOSITIVE MOTIONS

1. The current deadline for the Parties to complete Alternative Dispute Resolution ("ADR") is July 1, 2026.

2. The Parties have agreed to mediate with mediator Rick Copeland. Due to the availability of the Parties, their counsel, and the mediator, the soonest available date that mediation could be scheduled is August 13, 2026. The Parties have booked that date.

3. Thus, the Parties request the Court extend the deadline to complete ADR to August 14, 2026.

4. Presently, the deadline to disclose experts is August 28, 2026. With that deadline, the Parties will be forced to incur substantial expert witness costs before mediation so the experts will be ready to provide their FRCP Rule 26 reports on or before the deadline. The Parties believe mediation is most likely to be productive if they can mediate before incurring substantial time and expense on expert witness retention, disclosure, and discovery. If the Parties have already incurred those expenses, it will make the case more difficult to resolve at mediation. Therefore, the Parties request the Court continue the deadline to disclose experts to October 1, 2026.

5. The Parties further agree that the deadlines to disclose rebuttal experts, complete expert discovery, and file dispositive motions shall be continued so they can trail the disclosure of experts. The Parties request the Court reset the deadline to disclosure rebuttal experts to October 29, 2026, the deadline to complete expert discovery to November 25, 2026, the deadline to file dispositive motions to be December 2, 2026, and the deadline to hear dispositive motions to be January 8, 2027.

6. These modifications to the schedule will not impact the current dates for the Pretrial Conference (February 5, 2027) or trial (March 1, 2027).

**IT IS SO STIPULATED.**

Dated:  April 23, 2026                    LAW OFFICES OF DALE K. GALIPO


                                          By:     _/s/ Dale K. Galipo_
                                                  Dale K. Galipo
                                                  Attorney for Plaintiff

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR EXPERT DISCLOSURES, DISCOVERY, AND DISPOSITIVE MOTIONS

By:  ____/s/ Marcel F. Sincich_____
Marcel F. Sincich
Attorney for Plaintiff

Dated:    April 23, 2026                    PORTER SCOTT
A PROFESSIONAL CORPORATION

By:    /s/ William E. Camy_____
William E. Camy
Zahi Omari
Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR EXPERT DISCLOSURES, DISCOVERY, AND DISPOSITIVE MOTIONS

## [PROPOSED] ORDER

The Court, having reviewed foregoing stipulation, and good cause appearing, hereby resets the following dates:

1. The deadline to disclose expert witnesses is October 1, 2026;

2. The deadline to disclose supplemental/rebuttal expert witnesses is October 29, 2026;

3. The deadline to complete expert discovery is November 25, 2026;

4. The deadline to file dispositive motions is December 2, 2026,

5. The deadline to hear dispositive motions is January 8, 2027;

6. The current dates for the Pretrial Conference and Trial will remain and are not impacted by this Order.

**IT IS SO ORDERED.**

Dated:            , 2026

_____
Hon. Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR EXPERT DISCLOSURES, DISCOVERY, AND DISPOSITIVE MOTIONS