**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

Attorneys for Plaintiff

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Zahi Omari, SBN 349752
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
zomari@porterscott.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANET LEEDS,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF MARIN; JORGE YAUGER; BRIAN JOHNSON; DUSTIN YEAGER; JULIET DE LA CRUZ; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:25-cv-04227-JST<br><br>[*Honorable Jon S. Tigar]*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

**TO THIS HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice. Each side is to bear its own attorney's fees and costs incurred in this matter.

The filer of this Stipulation attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully Submitted,

DATED: September 23, 2026, **LAW OFFICES OF DALE K. GALIPO**

By: *_/s/ Marcel F. Sincich_*
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiff*

DATED: September 23, 2026, **PORTER SCOTT**
**A PROFESSIONAL CORPORATION**

By: *_/s/ William E. Camy_*
William E. Camy
Zahi Omari
*Attorneys for Defendants*